UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK DAVID BAILEY #201511,<br>    Plaintiff,<br><br>-v-<br><br>BLAINE C. LAFLER,<br>    Respondent. | No. 1:09-cv-460<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 102), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   September 20, 2016               /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge

1