UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK DAVID BAILEY #201511,<br>　　　Plaintiff,<br><br>-v-<br><br>BLAINE C. LAFLER,<br>　　　Respondent. | No. 1:09-cv-460<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  April 27, 2018 　　　　　　　　　　　　　　　　　／s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge